# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| BRADLEY W. WEBB, | : No. 110 MM 2014 |
| Petitioner | : |
| v. | : |
| WAYNE J. GAVIN, SUPERINTENDENT; PENNSYLVANIA BOARD OF PROBATION AND PAROLE, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

AND NOW, this 12th day of September, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.